IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | )    **Criminal No. 3:08CR132** <br> ) |
| EDWARD HUGH OKUN, and <br> LARA COLEMAN, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## RESTITUTION ORDER

1. The defendants are sentenced to pay $128,892,575.97 as restitution, and shall be jointly and severally liable with each other as well as any defendant ordered to pay restitution for the same losses.[1]

2. The victims' names and respective losses are listed in Attachment A to this Restitution Order. This Order shall be deemed part of the Judgment entered as to each defendant in this case.

3. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction. Any amounts received by a victim from a source other than the bankruptcy case involving 1031 Tax Group, LLC and related entities, shall be offset against the restitution obligation. To the extent practicable, the victims shall report amounts received from a source other than the Bankruptcy Trustee directly to the Clerk of Court at the address provided below.

4. Any disbursements made to any victim by the Bankruptcy Trustee in connection with In Re The 1031 Tax Group, L.L.C. et al. Case No. 07-11448 (Bankr. S.D.N.Y.) shall be credited against the amount of loss owed as restitution.

5. The Bankruptcy Trustee shall provide an accounting of any disbursements made to any victims identified in Attachment A. Such accounting shall be made within 30 days of the disbursement and directed to:

---

[1] The related cases are United States v. Robert D. Field, II (Docket No. 3:08CR307) and United States v. Richard B. Simring (Docket No. 3:08CR321).

Clerk of Court, U.S. District Court
Suite 3000
701 East Broad Street
Richmond, Virginia 23219-3528

6. As directed at the restitution hearing held on August 6, 2009, the following losses shall not be included for purposes of restitution:

   a) Attorney and accounting fees;
   b) Capital gains tax and all other tax-related consequences as a result of the offenses of conviction;
   c) Pre-judgment interest, and
   d) any other consequential damages not incorporated in the amounts listed in Attachment A.

7. For the reasons set forth in a separate memorandum opinion, all victims who sold their claim to a third party shall not receive restitution for the same loss amounts transferred as part of the claim.

8. Restitution is due and payable in full immediately. The defendants shall make a bona fide effort to pay restitution in full as soon as practical. Any payment plan imposed by the Court shall not prevent the United States or a victim from enforcing this restitution order as permitted by law.

9. The defendants shall pay to the Clerk at least $500 per month or 25 percent of gross income, whichever is greater, beginning 60 days from release from incarceration. This requirement shall also be a provision of supervised release for the period of time a defendant is on supervised release.

10. No delinquent or default penalties will be imposed except upon Order of the Court. Pursuant to 18 U.S.C. §3612(f), the Court finds that the defendants do not have the ability to pay interest on the restitution award, and interest is waived.

11. The defendants shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

12. Payments to Victims.

    The Clerk of Court shall distribute the funds to the victims on a pro rata basis. That is, each direct victim shall be entitled to a share in the proceeds in an amount equal to the

2

percentage that each direct victim's loss is of the losses of all the direct victims. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/ *REP*
Honorable Robert E. Payne
Senior United States District Judge

ENTERED this 26th day of August, 2009.
at Richmond, Virginia

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

*/s/ Jessica A. Brumberg*
G. Wingate Grant
Assistant United States Attorney

SEEN:

*/s/ Roy Wayne for*
Carolyn V. Grady
Counsel for Edward H. Okun

SEEN AND CONSENTED TO:

*/s/*
Claire G. Cardwell
Counsel for Lara G. Coleman

3

ATTACHMENT A
REDACTED

| | Name (Business Name) | Amount |
|---|---|---|
| 1 | Adams, Terry & Sylvia | $186,326.63 |
| 2 | Adkisson Lonnie & Vibeke (Adkisson Family Associates, LLC) | $111,244.43 |
| 3 | Ainsworth, Dustin | $50,000.00 |
| 4 | Almasco, Cayetana | $58,360.87 |
| 5 | Amari, Paula & Frances | $1,034.91 |
| 6 | Amick, Wilima | $154,473.50 |
| 7 | Antrim, John | $275,537.98 |
| 8 | Antrim, John | $9,517.75 |
| 9 | API Phoenix LLC | $1,036,281.72 |
| 10 | Ardebili, Farid | $102,358.26 |
| 11 | Ardebili, Farshid | $102,358.26 |
| 12 | Arthur, Michael | $684,728.91 |
| 13 | ASM Capital LLP | $10,643,501.97 |
| 14 | Aziz, Nusrat | $80,903.44 |
| 15 | Aziz, Nusrat | $75,761.35 |
| 16 | Baldwin Commons Associates | $374,632.06 |
| 17 | Barnes, Donald | $110,642.28 |
| 18 | Beck, Lawrence & Wanda | $17,583.85 |
| 19 | Beepot, Joanne (Orange Park BP Enterprises) | $286,889.21 |
| 20 | Benitez, John (100 Garfield LLC) | $1,111,058.44 |
| 21 | Bernhard, John & Dawn | $19,404.32 |
| 22 | Bernhard, John & Dawn | $5,771.97 |
| 23 | Bernhard, John & Dawn | $73,738.09 |
| 24 | Bond, Oscar | $60,092.73 |
| 25 | Bordoni, Diane & James | $10,566,140.00 |
| 26 | Borjon-Rodriguez, Cynthia | $131,282.07 |
| 27 | Boudreau, Darlin' | $487,222.02 |
| 28 | Bowman, Janet (Janet Furman Bowman Trust) | $60,000.00 |
| 29 | Boyte, Patrick & Carol | $92,953.09 |
| 30 | Bradley, James & Joyce (James and Joyce Bradley Trust) | $208,194.90 |
| 31 | Bradley, Karen & Gary | $1,135,953.36 |
| 32 | Brady, Cheri (CB Properties) | $230,846.78 |
| 33 | Brazier, Teleus & Yolaine | $65,757.57 |
| 34 | Breiter, Carol & Steven | $137,825.62 |
| 35 | Brown, Richard & Linda | $73,069.82 |
| 36 | Buich, Janet | $350,759.53 |
| 37 | Buono, Robert | $1,002,405.24 |
| 38 | Cain, Ruth | $57,009.50 |
| 39 | Callahan, Elizabeth | $867,688.19 |
| 40 | Camacho, Mark | $487,660.04 |
| 41 | Cao, Tin | $462,621.28 |
| 42 | Capitol Aggregates LTD | $8,020,000.00 |
| 43 | Cardilli, Richard | $187,325.00 |
| 44 | Carton, Patrick & Kathleen | $77,722.08 |
| 45 | Cass, Donald & Gayle | $284,631.57 |
| 46 | Castellanos, Edgar & Nelly | $172,970.62 |
| 47 | Casterline, John & Jane | $24,711.73 |
| 48 | Cavazos, Arturo & Elizabeth | $49,694.10 |
| 49 | Chen, Hsui-Jen | $916.40 |
| 50 | Chen, Whei-Jen | $422,116.41 |
| 51 | Christiansen, Van Kevin (C5 Properties LTD) | $205,792.95 |
| 52 | Clapp, Gary | $20,000.00 |
| 53 | Clifford, William | $911,025.00 |

ATTACHMENT A
REDACTED

| | Name (Business Name) | Amount |
|---|---|---|
| 54 | Cochran, Judith | $74,164.87 |
| 55 | Cogan, Sandra | $502,922.35 |
| 56 | Cohen, Amir (New West Properties LLC) | $1,394,213.00 |
| 57 | Collins, James | $1,373,883.99 |
| 58 | Coyle, Mike | $18,676.86 |
| 59 | Cravey, Sidney | $515,267.31 |
| 60 | Davis, Charles | $207,148.22 |
| 61 | Deaton, Kyle & Leigh Notti | $504,851.37 |
| 62 | De Fabrique, Nicolas | $122,464.53 |
| 63 | Del Monte, David | $131,530.00 |
| 64 | DeMelo, Maria & Jose Pedro | $299,883.37 |
| 65 | Demos, Paul | $10,000.00 |
| 66 | Dertien, Dennis | $5,400.00 |
| 67 | Dingivan, Edward & Jane | $234,090.20 |
| 68 | Donkonics, John & Nancy | $2,810,648.12 |
| 69 | Driscoll, Teresa | $231,127.20 |
| 70 | Dudas, Michael | $155,619.97 |
| 71 | Dugan, John (Dugan Family Trust) | $409,912.26 |
| 72 | Eddings, Phillip & Susan | $214,421.18 |
| 73 | Edwards, Patrick & Valerie | $262,108.53 |
| 74 | Elizondo, Rose | $290,827.80 |
| 75 | Emery, Cheryl & Christopher | $478,529.53 |
| 76 | Faibish, Mair (222 Centrell Ave Corp) | $1,500,000.00 |
| 77 | Falk, Hendrick | $98,662.87 |
| 78 | Forsythe, Cheryl | $40,000.00 |
| 79 | Frederick, Raymond | $20,978.24 |
| 80 | Freeman, Jon | $43,485.34 |
| 81 | Freeman, Jon | $29,308.59 |
| 82 | Freeman, Jon | $10,981.39 |
| 83 | Garner, Frederick & Halaine | $1,634.38 |
| 84 | Gennaro Real Estate Development | $1,046,687.19 |
| 85 | Gerschman, Thomas | $1,812,390.42 |
| 86 | Ghavidel, Fred (G & G Joint Venture) | $426,671.83 |
| 87 | Gibson, Sharon & Robert | $99,085.31 |
| 88 | Gilmore, Duane | $77,190.47 |
| 89 | Glover, Gregory & Jessica | $212,742.97 |
| 90 | Gonzales, Almario & Myrna | $31,758.76 |
| 91 | Green, Joyce c/o Brooke A. Green-Smuts | $2,518,351.98 |
| 92 | Gross, William (Medical Practice Mgmt Svcs Inc) | $157,640.95 |
| 93 | Grothaus, Sheldon (Texas Ranch Developers LTD) | $78,391.92 |
| 94 | Guirguis, Samuel | $455,067.40 |
| 95 | Gustafson, Lee & Joy (Gustafson Family Trust) | $185,272.22 |
| 96 | Gustafson, Lee & Joy (Gustafson Family Trust) | $189,758.74 |
| 97 | Guthrie Family Trust, Brenda Murray, Trustee | $55,386.09 |
| 98 | Haguewood, James (One Group LLC) | $202,301.45 |
| 99 | Haines, Gail & Charles | $5,000.00 |
| 100 | Hanmore, Erol | $24,638.02 |
| 101 | Harmon, Tom (Linaka LP) | $419,793.70 |
| 102 | Harrington, Judith | $950,000.00 |
| 103 | Hathaway, Robert & Patty (Hathaway Family Trust) | $79,861.50 |
| 104 | Hayes, Robert & Joan (Robert & Joan Hayes Family Trust) | $198,553.77 |
| 105 | Hain Capital Group LLC | $1,680,768.87 |
| 106 | Henderson, Susan & Ross | $5,200.00 |

## ATTACHMENT A
## REDACTED

| | Name (Business Name) | Amount |
|---|---|---|
| 107 | Herrera, Brenda | $69,551.94 |
| 108 | Hines, Don (PJ Ravenna LLC) | $147,472.20 |
| 109 | Hoffman, James | $1,553,361.04 |
| 110 | Holmes, Evelyn | $382,934.60 |
| 111 | Honigblum, Tom | $323,803.70 |
| 112 | Householder, Trevan (Cup Dance Trust) | $20,668.25 |
| 113 | Howlett, David & Catherine | $125,804.60 |
| 114 | Huber, Gregory (Cell Tex Site Service LTD) | $2,110,000.00 |
| 115 | Hudson, William | $234,565.98 |
| 116 | Hung, Liang-Yu & Hsing-Fu Tsai | $177,147.41 |
| 117 | Hunter, Anita | $1,365,294.58 |
| 118 | Itz, Jeremy & Monica | $90,525.50 |
| 119 | Jenschke, Lamar | $22,443.42 |
| 120 | Jesko, Elizabeth (Jesko Family Trust) | $453,786.58 |
| 121 | Kadson, Jeffrey (Karlson Group) | $59,517.36 |
| 122 | Kashani, Mohammad | $389,297.37 |
| 123 | Kasprzyk, Daniel | $198,390.70 |
| 124 | Kaufman, Nancy (Nancy Kaufman Family LLC) | $438,111.14 |
| 125 | Keeter, Carol & James | $479,684.21 |
| 126 | Kelly, Brian & Nadine (Doctor Cool Air Inc.) | $51,000.00 |
| 127 | Keto, Eric | $199,926.35 |
| 128 | Kinzel, Margaret & Shehom (Kinzel Enterprises Inc.) | $93,062.06 |
| 129 | Kisler, LLC & Menorah Six, LLC | $173,413.48 |
| 130 | Kruse, John | $400,457.74 |
| 131 | Kucera, Saralee & Jiri | $181,725.24 |
| 132 | Laura, Kenneth | $20,000.00 |
| 133 | Laura, Kevin Michael | $19,980.00 |
| 134 | Lee, Bruce | $117,330.50 |
| 135 | Linares, Jesus (Norgee Real Estate Holding Co) | $187,914.45 |
| 136 | Litvin, Anamaria & Miguel | $59,515.24 |
| 137 | LJ 904 West Ave LTD c/o Andy Hull | $1,423,900.46 |
| 138 | LJ Ambassador, LTD c/o Andy Hull | $3,127,794.22 |
| 139 | LJ Castle Hill Ventures LTD c/o Andy Hull | $280,592.24 |
| 140 | LJ Villa Marquis LTD c/o Andy Hull | $1,379,898.62 |
| 141 | Loulourgas, Emilia (Loulourgas Properties LTD) | $982,426.90 |
| 142 | M Circle O LTD | $534,090.15 |
| 143 | Mag Ave LLC | $63,104.86 |
| 144 | Magnomin Corp c/o Jeremy Harwood Esq. Blank Rome LLP | $852,368.75 |
| 145 | Maldonado, Michael & maria | $9,927.00 |
| 146 | Maltzer, Paul | $250,000.00 |
| 147 | Mann, Judith (CNM Realty LLC) | $1,274.01 |
| 148 | Martin, David | $100,349.42 |
| 149 | Martinez, Florencio | $413,437.00 |
| 150 | Mathia, James & Margaret | $106,922.78 |
| 151 | McGuire, John (Stracum River Investment LLC) | $500.00 |
| 152 | McGuire, John (Stracum River Investment LLC) | $4,200.00 |
| 153 | Mehus, Jamison | $50,000.00 |
| 154 | Meridith, Daniel | $231,175.83 |
| 155 | Meyers, Lee & Stuart | $4,500.00 |
| 156 | Middleton, Frank (Real Estate Broker) | $134,340.00 |
| 157 | Middleton, Frank (Real Estate Broker) | $256,427.00 |
| 158 | Middleton, Sara | $227,616.50 |
| 159 | Miller, Sherri | $50,000.00 |

# ATTACHMENT A
## REDACTED

| | Name (Business Name) | Amount |
|---|---|---|
| 160 | Mizrachi, Mike (Eagle Creek Corp) | $67,726.23 |
| 161 | Mooradian, Richard (Richard Mooradian Trust) | $863,482.50 |
| 162 | Moore, Sonja | $400,000.00 |
| 163 | Morley, Richard | $249,551.56 |
| 164 | Mueller, Thomas (Thomas W. Mueller Revocable Family Trust | $620,482.88 |
| 165 | Myles, Ronald (Myles Enterprises Inc) | $596,504.36 |
| 166 | N.P. 1300 LLC c/o Rudder Realty Corp | $2,469,588.58 |
| 167 | Nagel, Richard | $89,076.50 |
| 168 | Naiman, Marc (Robert Naiman Family LLC) | $438,119.07 |
| 169 | Naiman, Robert (Robert Naiman Family LLC) | $438,119.07 |
| 170 | Nanas, George (Siox Realty Corp) | $343,000.00 |
| 171 | Narang, Amarjit | $115,011.22 |
| 172 | Nebgen, Marvin & Marlene | $472,022.83 |
| 173 | Newton, William | $3,357,806.47 |
| 174 | Newton Bayard Limited Partnership c/o Sayyer Holdings LLC | $4,242,662.27 |
| 175 | Noelle Paullette Trust No. 1* JP Morgan Bank CO, Trustee | $244,741.25 |
| 176 | Noelle Paullette Trust No. 1* JP Morgan Bank CO, Trustee | $80,557.67 |
| 177 | Noelle Paullette Trust No. 1* JP Morgan Bank CO, Trustee | $59,173.90 |
| 178 | Noelle Paullette Trust No. 1* JP Morgan Bank CO, Trustee | $20,434.01 |
| 179 | Okazki, Eldon | $2,187.68 |
| 180 | Okazki, Eldon & Reg | $475,652.34 |
| 181 | Oredoson, Daniel | $199,003.40 |
| 182 | Otto, Logan & Margaret | $543,984.13 |
| 183 | Palmer, Joel (Capitol Reef Development LLC) | $93,630.15 |
| 184 | Panchevre, Samuel | $353,928.26 |
| 185 | Paparella, Cesidio | $480,190.25 |
| 186 | Patten, William | $734,994.85 |
| 187 | Pecunies, Ronald (Rep 775 Real Estate LLC) | $250,000.00 |
| 188 | Perez, Ramon & Olivia | $139,060.98 |
| 189 | Perkins, Alicia | $19,980.00 |
| 190 | Person, James & Ruth | $89,464.52 |
| 191 | Picarski, John & Deborah (Picarski Property Mgmt) | $159,817.44 |
| 192 | Picarski, John & Deborah (Picarski Property Mgmt) | $232,755.34 |
| 193 | Pignataro, Gaetano | $246,972.81 |
| 194 | Pista, Mark & Carol | $6,061.99 |
| 195 | Plonowski, Mark | $85,045.27 |
| 196 | Porras, Alicia | $31,758.76 |
| 197 | Prather, Charles | $140,077.67 |
| 198 | Pratt, Donna & Gareid | $56,371.46 |
| 199 | Quirk, Daniel (Quirk Infiniti Inc) | $2,057,750.00 |
| 200 | Rajabi, Abbas (Grande Investments LLC) | $969,414.89 |
| 201 | Ramsey, Brenda | $258,764.05 |
| 202 | Ramsey, Thomas | $253,881.61 |
| 203 | Richards, Alan | $471,268.47 |
| 204 | Roatch, Randy (Delta Enterprises Inc) | $12,753.01 |
| 205 | Root, David | $309,681.09 |
| 206 | Sagliocca, Marco (Mark Sagliocca Irrevocable Trust) | $150,000.00 |
| 207 | Sander, Stephen | $438,690.36 |
| 208 | Sandhu, Surindar | $992,572.43 |
| 209 | Schloss, Bonnie | $335,142.71 |
| 210 | Schneider, Alton & Eileen | $968,390.00 |
| 211 | Schneider, Alton & Eileen | $337,908.62 |
| 212 | Schwartz, Lee ( Schwartz Assoc Realty of NY, 2006 Coney Island Ave) | $524,453.84 |

## ATTACHMENT A
### REDACTED

| | Name (Business Name) | Amount |
|---|---|---|
| 213 | Schwartz, Richard (2006 Coney Island Ave LLC) | $574,453.84 |
| 214 | Sedlin, Barbara & Elias (Samrose Properties LLC) | $15,177.89 |
| 215 | See, Gary & Bettie | $218,850.58 |
| 216 | Sieverts, John | $60,050.16 |
| 217 | Skidmore, Robert | $161,244.40 |
| 218 | Slyk, Michael (Jiltin of Meyers Lake LLC) | $104,527.76 |
| 219 | Smith, Sharon | $686,100.00 |
| 220 | Smith, William | $293,266.09 |
| 221 | Souza, Daniel | $231,910.22 |
| 222 | Spahn, Steven (Talon Land Company LLC) | $441,133.39 |
| 223 | Stinauer, Terri | $7,200.00 |
| 224 | Stretz, Steven | $63,819.79 |
| 225 | Suarez, Carlos | $3,000.00 |
| 226 | Suhweil, Sadi | $607,028.66 |
| 227 | Sweeney, John (Sweeneyland LLC) | $84,042.71 |
| 228 | Swope, Sandra | $7,489.65 |
| 229 | Tallides, Eleni (Eleni 31 LLC) | $858,059.75 |
| 230 | Tallides, Nicholas (Nicholas 31 LLC) | $858,059.75 |
| 231 | Tallides, Stevgies (31 Street Development LLC) | $299,455.00 |
| 232 | Thomas, James & Carolyn | $351,904.82 |
| 233 | Tolan, Jesse | $23,771.12 |
| 234 | Tolan, Jesse | $26,413.60 |
| 235 | Tolan, Jesse | $91,443.23 |
| 236 | Tolan, Jesse | $20,904.01 |
| 237 | Tolan, Jesse | $8,832.49 |
| 238 | Tomassetti, Dino c/o Nail Fuher & Associates LLP | $216,241.24 |
| 239 | Torline, Kathy | $68,983.54 |
| 240 | U.F.H. Apartments, Inc | $434,845.14 |
| 241 | U.F.H. Apartments, Inc | $444,761.86 |
| 242 | U.F.H. Apartments, Inc | $298,566.17 |
| 243 | U.F.H. Apartments, Inc | $282,856.86 |
| 244 | U.F.H. Apartments, Inc | $295,486.91 |
| 245 | Usher, Yuri | $441,206.00 |
| 246 | Vanoverborg, Mark (Mark & Sandra LTD) | $1,103,849.87 |
| 247 | Vaughan Realty LTD | $311,499.98 |
| 248 | Vista Enclave LTD (Woody Mann) | $1,701,848.23 |
| 249 | Walker, Fay | $60,871.00 |
| 250 | Wall, Jack | $46,923.50 |
| 251 | Ward, Hampton (Ward Enterprises LLC) | $1,841,621.94 |
| 252 | Waterman, Bradford (Char-Lo Timberlands) | $365,000.00 |
| 253 | Welch, Bernard (Welch & Pastoriza) | $29,869.90 |
| 254 | Welder, Raymond (Welder Exploration Production) | $234,144.94 |
| 255 | Whiting, Bruce | $6,500.00 |
| 256 | Whitlock, Audrey | $84,172.75 |
| 257 | Whitton, Michael | $133,917.62 |
| 258 | Willie, Cindy Sue (Willie Limited Partnership) | $72,610.27 |
| 259 | Winters, Terry | $604,919.73 |
| 260 | Zahos, Peter & Ramona | $92,490.56 |
| 261 | Zamora - Martinez, Ester McKenzie | $44,931.45 |
| 262 | Zeevi, Shmuel (Zahavi Zeevi Inc) | $23,364.64 |
| | | $128,892,575.97 |